UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD J. JACKSON, JR,**<br><br>Appellant,<br><br>vs.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Appellee. | 2:22-CV-10937-TGB-KGA<br><br>HON. TERRENCE G. BERG<br>HON. KIMBERLY G. ALTMAN<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 21)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's September 6, 2022 Report and Recommendation (ECF No. 21), recommending that Appellee's Motion to Dismiss Appeal as Moot (ECF No. 16) be **GRANTED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn,* 474 U.S. 140, 149-52 (1985). The Court will

1

therefore accept the Magistrate's Report and Recommendation of September 6, 2022 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation of September 6, 2022 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Appellee's Motion to Dismiss Appeal as Moot is **GRANTED** and that Appellant's appeal is **DISMISSED**.

**IT IS SO ORDERED** this 13th day of October, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge